In The United States District Court
Middle District of Alabama
Northern Division

George Hoey Morris )
  plaintiff )
v. ) 2:07-CV-01059-MKW-SRW
Susan James et al )
  defendants )

## OBJECTION TO HON SUSAN RUSS WALKER AS JUDGE AND DEMAND FOR JURY TRIAL

Comes now the plaintiff George Hoey Morris appearing pro se and objecting to the participation of Hon Susan Russ Walker in the above styled case. Plaintiff objects on the grounds that Ms Walker is not fair and impartial to the case. Morris informs this Court that Ms Walker dismissed two civil suits brought by Morris alleging civil rights violations without requiring comment from any of the defendants. Ms Walker dismissed the complaints without written or oral answer by any defendant; a miscarriage of justice. In addition, Ms Walker ordered Morris held without bail pending criminal trial.

Plaintiff demands this complaint be heard by a jury. Respectfully submitted on 09 Dec 2007 by: George Hoey Morris

## Certificate of Service

Please be advised that a copy of the foregoing has **not** been provided for the defendants. The undersigned respectfully requests that the Clerk of Court provide electronically a copy to the following:

Hon Susan James.

Hon J. Carlton Taylor

Hon Susan R. Redmond

*[signature]*
09 Dec 2007

PO Box 759
Montgomery AL

USA

Clerk
US District Court
PO Box 711
Montgomery AL