IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HOEY MORRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-1059-WKW |
| SUSAN JAMES, *et al.,* | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

The objection (Doc. # 3) of George Hoey Morris to Judge Susan Walker's participation in this case is OVERRULED.

DONE this 17th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE