In The United States District Court
For The Middle District of Alabama
Northern Division

2008 JAN 15 A 9:36

George Hoey Morris,
plaintiff
      v
Hon Susan James et al

2:07-CV-1059-WKW
(WO)

## Objection To The Recommendation Of The Magistrate Judge

Plaintiff George Hoey Morris objects to Magistrate Walker's recommendation to dismiss the above styled case. Hon Judge Walker made this recommendation on the basis of her mistaken belief that the $350.00 filing fee has not been paid.

Plaintiff arranged that the filing fee be fowarded to this Court to arrive on or about 03 Dec 2007; the date the above case was filed. The cashier's check has most likely been lost or misplaced by this Court. The filing fee has, in fact, been paid.

Page One

Plaintiff has written a letter to determine when the fee was paid by the bank with instructions to either foward a copy of the cashier's check reciept to this Court or issue a new check.

In the unlikely event that the cashier's check was lost in transit, Plaintiff will issue a new replacement check and place a tracer on the first check. Plaintiff begs the indulgence of this Court while this error is being corrected.

The above premises considered, Plaintiff objects to the dismissal of this case.

Respectfully submitted on 14 Jan 2008 by:

*George Hoey Morris*

CERTIFICATE OF SERVICE

I respectfully request that the Clerk of Court electronically foward a copy of this instrument to:

Hon Susan James
Hon J. Carlton Taylor
Hon Susan Redmond

*George Hoey Morris*

PAGE TWO

George Hoey Morris
Po Box 159
Montgomery, Al. 36101

MONTGOMERY AL 361
14 JAN 2008 PM 4 L

USA 41

Clerk of Court
US District Court
Po Box 711
Montgomery, Al. 36101

36101+0711