IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GEORGE HOEY MORRIS | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-1059-WKW |
| HON. SUSAN JAMES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of Plaintiff's objections to the January 9, 2008 Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation of the Magistrate Judge (*Doc. No. 5*) be and is hereby WITHDRAWN.

It is further

ORDERED that Plaintiff is GRANTED an extension to and including January 30, 2008 to submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed.

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Montgomery City Jail showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

DONE, this 17th day of January 2008.

                                        /s/ Susan Russ Walker
                                   SUSAN RUSS WALKER
                                   UNITED STATES MAGISTRATE JUDGE