```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003393
Cashier ID: cstrecke
Transaction Date: 01/17/2008
Payer Name: GEORGE HOEY MORRIS
------------------------------------
CIVIL FILING FEE
 For: GEORGE HOEY MORRIS
 Case/Party: D-ALM-2-07-CV-001059-001
 Amount:         $350.00
------------------------------------
CHECK
 Remitter: GEORGE HOEY MORRIS
 Check/Money Order Num: 900059559
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

NEW CASE

DALM207CV001059-WKW

MORRIS V SUSAN JAMES ET AL
```