IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GEORGE HOEY MORRIS | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-1059-WKW |
| HON. SUSAN JAMES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that the order entered January 17, 2008 (*Doc. No. 7*) be and is hereby VACATED.

It is further

ORDERED that the Recommendation of the Magistrate Judge (*Doc. No. 5*) be and is hereby WITHDRAWN.

DONE, this 17th day of January 2008.

　　　　　　　　　　　　　　　／s/ Susan Russ Walker
　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE