In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2008 FEB 12 A 10: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

George Hoey Morris

v.                                    2:07-cv-01059-WRW-SRW

Susan James et al

## MOTION TO SERVE DEFENDANTS

Comes now Plaintiff George Hoey Morris; Plaintiff in above styled case, who articulates this motion in the first person below.

I received a notice from the Clerk of Court requesting that I submit materials necessary for service of the above referenced complaint. Subsequent to inquiry, I was informed the notice had been sent in error. To the best of my knowledge, service has not occurred.

A hearing is scheduled on 21 Feb 2008 at which I shall voluntarily submit to treatment reccommended by a doctor. Immediate service will make answers available to me after my transit to the treatment facility and prevent my adversaries from using the voluntary committment as an excuse to avoid answering my complaint.

Page 1

WHEREFORE; THE ABOVE PREMISES CONSIDERED, PLAINTIFF MOVES THIS COURT TO EXECUTE IMMEDIATE SERVICE TO THE DEFENDANTS.

RESPECTFULLY SUBMITTED ON 10 FEB 2008 BY:

*[signature]* Huey Mno
PLAINTIFF

Certificate of Service

PLAINTIFF REQUESTS THE CLERK OF COURT ELECTRONICALLY NOTIFY THE DEFENDANTS BY SENDING A COPY TO:

Hon J. Carlton Taylor

Hon Susan James

Hon Susan Redmond

*[signature]*

Page 2

George Irey Morris
P O Box 159
Montgomery AL. 36101

MONTGOMERY AL 351
11 FEB 2008 PM

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"

USA 41

Clerk
US District Court
P O Box 711
Montgomery AL. 36101

36101+0711