IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GEORGE HOEY MORRIS                *

    Plaintiff,                        *

       v.                           *                2:07-CV-1059-WKW

HON. SUSAN JAMES, *et al.*,        *

    Defendants.                        *

_____

**ORDER ON MOTION**

Upon consideration of the motion to serve defendants filed by Plaintiff on February 12, 2008, and in light of the Recommendation of the Magistrate Judge entered February 8, 2008 recommending dismissal of this action pursuant to 28 U.S.C. § 1915(A), it is

ORDERED that the motion (*Doc. No. 11*) be and is hereby DENIED.

DONE, this 13th day of February 2008.

                         /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE