In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2008 MAR -5 A 9 15
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

George Hoey Morris,
    plaintiff
vs
Susan James et al

Case No
2:07-cv-1059-WKW

## NOTICE OF APPEAL

Plaintiff George Hoey Morris gives timely notice of appeal.

Respectfully submitted on 06 Mar 2008 by:

George Hoey Morris

George Hey Morris
PO Box 159
Montgomery AL. 36101

Clerk of Court
US District Court
PO Box 711
Montgomery, AL 36101