# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

March 6, 2008

**DEBRA P. HACKETT**
**CLERK**



MAILING ADDRESS:
P. O. Box 711
MONTGOMERY, AL 36101
(334)954-3610

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re:   District Court No. 2:07-cv-01059-WKW
      GEORGE HOEY MORRIS V. SUSAN JAMES, ET AL.

Court of Appeals No.

# 08-11071H

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☒ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☒ First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates): ___
- ☐ Other:
- ☒ The Judge or Magistrate Judge appealed from is: **JUDGE WILLIAM KEITH WATKINS**
- ☐ The Court Reporter (s) is/are: _____
- ☐ A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing
- ☒ The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:
- ☐ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Copy of CJA form / order appointing counsel.
- ☐ Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)
- ☐ ORIGINAL PAPERS:__Volume(s) of pleadings;  ____ Volume(s) of transcript;  ____ folder of exhibits
- ☐ This is an appeal of a bankruptcy order.  Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 12, 2008

**Appeal Number: 08-11071-H**
Case Style: George Hoey Morris v. Susan James
District Court Number: 07-01059 CV-2-WKW

TO:   George Hoey Morris (11672-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Administrative File

## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 12, 2008

George Hoey Morris (11672-002)
Montomgery CJ, Fed Det Annex
PO BOX 159
MONTGOMERY AL 36101-0159

**Appeal Number: 08-11071-H**
Case Style: George Hoey Morris v. Susan James
District Court Number: 07-01059 CV-2-WKW

The referenced case was docketed in this court on <u>March 10, 2008</u>.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. <u>Only</u> the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or move in the district court for relief from the obligation to pay in advance the total $455 fee [See 28 U.S.C. § 1915]. If the district court denies such relief, appellant may file in this court a motion for such relief.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

DKT-2 (11-2007)