Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 16, 2008

**Appeal Number: 08-11071-H**
Case Style: George Hoey Morris v. Susan James
District Court Number: 07-01059 CV-2-WKW

TO:  Debra P. Hackett

CC:  George Hoey Morris (11672-002)

CC:  Leura Garrett Canary

CC:  Administrative File

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 16, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-11071-H**
Case Style: George Hoey Morris v. Susan James
District Court Number: 07-01059 CV-2-WKW

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

Encl.

plradism (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-11071-H

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 1 6 2008

THOMAS K. KAHN
CLERK

GEORGE HOEY MORRIS,

Petitioner-Appellant,

versus

SUSAN JAMES,
J. CARLTON TAYLOR, et al.,

Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a motion in the district court for relief from the obligation to pay in advance the $455 fee) to the clerk of the district court within the time fixed by the rules, effective this 16th day of April, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Liz McDonald
Deputy Clerk

FOR THE COURT - BY DIRECTION

TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40